AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| SWEETWATER MALIBU CA, LLC, a California limited liability company; and TEODORO NGUEMA OBIANG MANGUE, an individual,<br><br>*Plaintiff(s)*<br>v.<br><br>SAM HAKIM, an individual; AITAN SEGAL, an individual; and BERKSHIRE HATHAWAY HOMESERVICES, CALIFORNIA INC., a California corporation.<br><br>*Defendant(s)* | ) | Civil Action No. 2:20-cv-08945-SB-KSx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAM HAKIM, an individual

140 South Beverly Drive
Beverly Hills, CA 90212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julian Brew (State Bar No. 150615)
Cypress LLP
11111 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90025
Telephone: (424) 317-6220
Facsimile: (424) 750-5100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Date: 9/30/2020

Carmen Lujan
*Signature of Clerk or Deputy Clerk*